ELIZABETH VACLAVICEK, *ET AL.*,
v. JOHN OLEJARZ, *IND. & t/a etc.*

May 30, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. FREDERICK PACICCA.

May 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. PAUL T. CITO.

May 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL NICASTRO.

May 30, 1972. Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF MIDDLETOWN
BANKING COMPANY, MIDDLETOWN TOWNSHIP, MON-
MOUTH COUNTY, NEW JERSEY.

May 30, 1972. Petition for certification denied.

FRANCES TRIANO v. CARBON STEEL PRODUCTS CORP.

May 30, 1972. Petition for certification granted and Re-
mand to Appellate Division for Hearing on Merits.